# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eddricco Li'shaun Brown-Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00083-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Sapper | ) | |
| Erik A. Hooks, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2018 Order.

April 27, 2018

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court